UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | | |
|---|---|---|
| DEXTER JEMISON, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7:21-037-HRW |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Dexter Jemison is an inmate at the United States Penitentiary – Big Sandy in Inez, Kentucky, and he is a frequent filer in this Court. *See Jemison v. Joyner*, No. 7:21-cv-033-DCR (E.D. Ky. 2021) (discussing some of Jemison's litigation history); *Jemison v. Bureau of Prisons,* No. 7:21-cv-032-JMH (E.D. Ky. 2020) (likewise); *Jemison v. Bureau of Prisons*, No. 7:20-cv-156-DCR (E.D. Ky. 2020) (the same). Proceeding without a lawyer, Jemison has now filed yet another submission with this Court, which the Clerk's Office docketed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [*See* D. E. No. 1].

The Court has conducted an initial screening of Jemison's latest submission but will deny it for several reasons. As an initial matter, to the extent that Jemison is seeking habeas relief, his filing is very difficult to follow and he has not demonstrated in any clear way that he is actually entitled to relief pursuant to § 2241.

1

Moreover, to the extent that Jemison is requesting a modification of his sentence pursuant to 18 U.S.C. § 3582, such a motion must be made in the Court that sentenced him, not this Court. *See Jemison*, No. 7:20-cv-156-DCR at D. E. No. 7 (explaining this point to Jemison). Finally, to the extent that Jemison is attempting to pursue a civil rights claim or some other claim for money damages, his submission as presently drafted is hard to track and fails to clearly state a claim upon which relief may be granted.

Accordingly, it is **ORDERED** as follows:

1. Jemison's latest petition at D. E. No. 1 is **DENIED**.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. The Court will enter a corresponding Judgment.

This 22nd day of April, 2021.

Signed By:
*Henry R Wilhoit Jr.*
**United States District Judge**