UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

DEXTER JEMISON,                    )
                                   )
    Petitioner,               )          Civil No. 7:21-037-HRW
                                   )
v.                                 )
                                   )
FEDERAL BUREAU OF PRISONS,         )          **JUDGMENT**
                                   )
    Respondent.               )

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Dexter Jemison's latest petition at D. E. No. 1 is **DENIED**.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 22nd day of April, 2021.



Signed By:

_Henry R Wilhoit Jr._

**United States District Judge**

1